UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELEXIA STANLEY,**

   Plaintiff,

v.                                                        **No. 4:24-cv-598-P**

**RISE CREDIT, LLC,**

   Defendant.

### ORDER

   Before the Court is the Parties' Second Joint Stipulation to Continue Joint Report. ECF No. 15. The Parties jointly stipulate that the "deadline to file the Joint Report . . . is continued to August 23, 2024." *Id.* at 2. The Parties' request to extend the Court-ordered deadline is **DENIED**. Instead, the Parties' local counsel are **ORDERED** to conduct a Rule 26(f) scheduling conference at **9:00 a.m. on Monday, August 12, 2024,** in the Court's jury room on the Fourth Floor of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. The Parties must then submit a joint report **on or before 5:00 p.m. on Monday, August 12, 2024,** consistent with the requirements of this Court, as outlined in ECF No. 8.

   **SO ORDERED** on this **9th day of August 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE